FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 09 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF MATHESON PAINTING, INC., a Washington corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>CASTLE-ROSE, INC. a Washington corporation and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>     Defendants. | CV-14-5052- SAB<br><br>**ORDER DISMISSING CAUSE OF ACTION** |

Before the Court is Plaintiff's Notice of Dismissal of Defendants Pursuant to FRCP 40(1)(A)(i), ECF No. 3.[1] No answer has been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed**, without prejudice.

///

///

_____

[1] Although Plaintiff's Notice cites to FRCP 40, the Court assumes Plaintiff is proceeding under Fed. R. Civ. P. 41(a)(1)(A)(i).

**ORDER DISMISSING CAUSE OF ACTION** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close the file**.

**DATED** this 9th day of July, 2014.

*[signature]*

STANLEY A. BASTIAN
United States District Judge

**ORDER DISMISSING CAUSE OF ACTION** ~ 2